UNITED STATES *v.* MALHAME & CO.

No. 5808.—Invoice dated Shanghai, China, September 1, 1941
Certified September 4, 1941.
Entered at New York, N. Y., October 17, 1941.
Entry No. 720228.

(Decided February 4, 1943)

*Paul P. Rao,* Assistant Attorney General (*Samuel D. Spector,* special attorney), for the plaintiff.
*Sharretts & Hillis* (*Edward P. Sharretts* of counsel) for the defendant.

TILSON, Judge: This appeal involves the question of the proper dutiable value of certain rosaries imported from China, and entered

at New York on October 17, 1941. The merchandise was appraised as entered, and thereafter the collector filed this appeal.

At the trial of the case a sample of the rosaries, and a certain affidavit executed by a former examiner of merchandise at Chicago, were admitted in evidence. A rosary, which appears to have been forwarded from the port of Chicago, was marked for identification. The plaintiff also offered the testimony of one witness.

At the close of plaintiff's case counsel for the defendant made the following motion:

> If your Honor, please, I move that the appeal be dismissed. There is a lack of evidence of foreign or export value. Even if he was attempting to prove export value he has not proved there was no foreign value. I cannot see a scintilla of evidence in this record that would justify even continuing on with the case. I move that it be dismissed.

I have carefully examined and considered this record and I find that the evidence offered by the plaintiff is wholly insufficient to overcome the presumption of correctness attaching to the finding of value made by the appraiser. The appeal is therefore dismissed. Judgment will be rendered accordingly.